Attorney General, for respondent.

No. —, original, October Term, 1942. Ex parte Edward J. Borah. See *post*, p. 807.

No. 201. Trojan Powder Co. *v.* National Labor Relations Board. October 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. A. V. Cherbonnier* and *Robert A. Lilly* for petitioner. *Solicitor General Fahy, Mr. Robert B. Watts,* and *Miss Ruth Weyand* for respondent.

No. 334. National Labor Relations Board *v.* American Tube Bending Co., Inc. October 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Fahy* and *Mr. Robert B. Watts* for petitioner. *Mr. Luke H. Stapleton* for respondent.

No. 293. Brooks, doing business as East Side Ice & Fuel Co., et al. *v.* State Farm Mutual Automobile Insurance Co. October 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Loyd E. Roberts* for petitioners. *Mr. Clifford B. Kimberly* for respondent.

No. 298. Roberts *v.* United States. October 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Lester S.*

*Parsons* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Oscar A. Provost* and *Alvin J. Rockwell,* and *Miss Beatrice Rosenberg* for the United States.

No. 306. WATKINS ET AL., EXECUTORS, ET AL. *v.* FLY, COLLECTOR OF INTERNAL REVENUE. October 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Garner W. Green* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key* and *Newton K. Fox,* and *Miss Helen R. Carloss* for respondent.

No. 309. VON CLEMM *v.* UNITED STATES. October 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Harold H. Corbin* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Arnold Raum* and *Oscar A. Provost* for the United States.

No. 313. GREEN ET AL. *v.* CITY OF STUART. October 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Thos. B. Adams* for petitioners. *Mr. Hewen A. Lasseter* for respondent.

No. 314. SELSER ET AL. *v.* CITY OF STUART ET AL. October 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Thomas B. Adams* for petitioners. *Messrs. Robert R.*